# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 15, 2021

162396 & (13)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JOSHUA ANTHONY SEDGEMAN,
    Defendant-Appellant.

SC: 162396
COA: 355121
Macomb CC: 2015-003739-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 28, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 15, 2021



t0112

Clerk